UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00377-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRILL LAMONT OWENS | ) | |

This matter is before the court on defendant's unopposed motion to continue sentencing and motion to seal. For good cause shown, the motions are ALLOWED. Sentencing is CONTINUED to 6 August 2012. The Clerk is DIRECTED to maintain the motion to continue under seal.

This 26 April 2012.

W. Earl Britt
Senior U.S. District Judge